Teresa S. Renaker – CA State Bar No. 187800
Margo Hasselman Greenough – CA State Bar No. 228529
Kirsten G. Scott – CA State Bar No. 253464
RENAKER HASSELMAN SCOTT LLP
235 Montgomery Street, Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com
kirsten@renakerhasselman.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| BRUCE E. WILSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA CORPORATION, et al.<br><br>　　　　Defendants. | Case No. 3:18-cv-07755-TSH<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION DISPUTING CONTENT OF RECORD**<br><br>Date: February 6, 2020<br>Time: 10:00 a.m.<br>Courtroom: A, 15th Floor |

WHEREAS, on October 7, 2019, the Court issued its Case Management Order, setting December 18, 2019, as the discovery cutoff and deadline for filing motions disputing the content of the record (ECF 69); and

WHEREAS, pursuant to Civil Local Rule 7-3(a), Defendants' opposition to Plaintiff's motion disputing the content of the record would be due two weeks after the filing; and

WHEREAS, due to the intervening holidays, the parties wish to extend Defendants' opposition deadline by one week; and

WHEREAS, due to availability of the Court and counsel, Plaintiff's motion will be set for hearing on February 6, 2020, or such later date as suits the Court's convenience, allowing for an additional week in the briefing schedule;

NOW, THEREFORE, the parties stipulate and request that the deadline for Defendants'

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE Case No.
3:18-cv-07755-TSH　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE 1

opposition to Plaintiff's motion disputing the content of the record be extended by one week, to January 8, 2020.

SO STIPULATED.

Dated: December 17, 2019            RENAKER HASSELMAN SCOTT LLP

By:    */s/ Teresa S. Renaker*

Teresa S. Renaker
Attorneys for Plaintiff

Dated: December 17, 2019            SMITH & DOWNEY, P.A.

By:    */s/ Adam M. Meehan*

Adam M. Meehan
Attorneys for Defendants

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Teresa S. Renaker*
Teresa S. Renaker

## ORDER

Pursuant to stipulation, the deadline for Defendants' opposition to Plaintiff's Motion Disputing Content of Record shall be January 8, 2020.

IT IS SO ORDERED.

Dated: December 18, 2019

THOMAS S. HIXSON
United States Magistrate Judge