Teresa S. Renaker – CA State Bar No. 187800
Margo Hasselman Greenough – CA State Bar No. 228529
Kirsten G. Scott – CA State Bar No. 253464
RENAKER HASSELMAN SCOTT LLP
505 Montgomery St., Suite 1125
San Francisco, CA 94111
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com
kirsten@renakerhasselman.com

*GRANTED*
*[signature] Judge Thomas S. Hixson*
DATED: 5/7/2020

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| BRUCE E. WILSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA CORPORATION, et al.<br><br>　　　　Defendants. | Case No. 3:18-cv-07755-TSH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Bruce E. Wilson and Defendants The Bank of America Pension Plan and Bank of America Corporation Corporate Benefits Committee, by and through their respective attorneys of record, hereby stipulate that this matter be dismissed with prejudice, with each party to bear his or its own costs of suit and attorneys' fees.

SO STIPULATED.

Dated: May 7, 2020                    RENAKER HASSELMAN SCOTT LLP

                                      By:    */s/ Teresa S. Renaker*

                                             Teresa S. Renaker
                                             Attorneys for Plaintiff

//

//

| | | |
|---|---|---|
| Dated: May 7, 2020 | | SMITH & DOWNEY, P.A. |
| | By: | */s/ Adam M. Meehan* |
| | | Adam M. Meehan |
| | | Attorneys for Defendants |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Teresa S. Renaker*
Teresa S. Renaker